**FILED**
JUN 3 0 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES OF AMERICA
SOUTHERN DISTRICT OF CALIFORNIA

'08 MJ 8582

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Magistrate Case No.: |
| Plaintiff, | ) COMPLAINT FOR VIOLATION OF: |
| v. | ) |
| Juan Jose RAMIREZ Lopez | ) Title 8, U.S.C., Sec., 1326 |
| Defendant. | ) Attempted Entry After Deportation |

The undersigned complainant, being duly sworn, states:

On June 27, 2008, within the Southern District of California, the defendant Juan Jose RAMIREZ Lopez, an alien, who previously had been excluded, deported and removed from the United States to Mexico, attempted to enter the United States with the purpose, i.e., conscious desire, to enter the United States at the Calexico Port of Entry without the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8, United States Code, Section 1326.

And the complainant states that this complaint is based on the attached statement of facts which is incorporated herein by reference.

JOSE L. BOLANOS
CBP ENFORCEMENT OFFICER

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS 30TH DAY OF JUNE 2008.

PETER C. LEWIS
UNITED STATES MAGISTRATE JUDGE

UNITED STATES OF AMERICA
v.
Juan Jose RAMIREZ Lopez

**Probable Cause Statement**

I, Customs Border Protection Enforcement Officer Jose L. Bolanos, declare under penalty of perjury, the following is true and correct:

On June 27, 2008, at approximately 4:39 P.M., a male individual, later identified as Juan Jose RAMIREZ Lopez (Defendant), attempted to enter the United States from Mexico at the Calexico West Port of Entry, via pedestrian primary. Defendant presented an I-551 Permanent Resident card bearing the name of Andres CABANILLAS as his entry document to Customs and Border Protection (CBP) Officer Burgeno. Defendant told CBP Officer Burgeno he was going to Calexico. CBP Officer Burgeno believed defendant was an imposter because he did not resemble the individual depicted in the I-551 he had presented. Consequently, defendant attempted to abscond back to Mexico and was apprehended by CBP Officer Bello. CBP Officer Bello and Burgeno escorted the defendant to pedestrian secondary office for further inspection.

During secondary inspection, Defendant admitted to CBP Enforcement Officer Haywood he is a citizen and native of Mexico. Defendant further admitted he was previously deported from the United States a month ago after serving a three year prison term. Defendant admitted he had obtained the document in Mexicali, Mexico and was to pay $1000.00 if he had enter the U.S. successfully. Defendant attempted to enter the United States from Mexico by being an imposter to a Permanent Resident card, and he has not applied for, nor received, permission to legally re-enter the United States.

UNITED STATES OF AMERICA
            v.
Juan Jose RAMIREZ Lopez

Immigration service records indicate no evidence that defendant has applied for, nor received permission from the Attorney General of the United States, or his designated successor, the Secretary of the Department of Homeland Security to legally re-enter the United States.

//
//
//
//
//
//
//
//

Executed on June 28, 2008, at approximately 2:30 P.M.

                                    Jose L. Bolanos, CBP
                                    Enforcement Officer

On the basis of the facts presented in the probable cause statement consisting of two pages, I find probable cause to believe that the defendant named in this probable cause statement committed the offense on June 27, 2008 in the violation of Title 8, United States Code, § 1326.

Barbara L. Major                    6/28/08 at 2:53 PM
United States Magistrate Judge      Date and Time