AO 455(Rev. 5/85) Waiver of Indictment

**FILED**

JUL 3 0 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT

# SOUTHERN  DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

v.

JUAN JOSE RAMIREZ-LOPEZ

**WAIVER OF INDICTMENT**

CASE NUMBER: 08 CR 2495 - BTM

     I, JUAN JOSE RAMIREZ-LOPEZ, the above named defendant, who is accused committing the following offense:

     Title 8, U.S.C., Sec. 1325 - Illegal Entry (Misdemeanor); Title 8, U.S.C., Sec. 1325 - Illegal Entry (Felony); Title 8, U.S.C., Sec. 1325 - Illegal Entry (Felony),

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on ____730 2008____ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

                                   _____
                                   Defendant

                                   _____
                                   Counsel for Defendant

Before _____
          Judicial Officer